## W. G. WALKER ET AL. v. A. P. WARD.

Motion No. 3060. Application No. 8630. Decided June 10, 1914.

**Supreme Court—Procedure.**

On a motion for rehearing in a case entered by mistake as dismissed for want of jurisdiction, the court here corrects that order to the one intended, refusal of writ of error. (Pp. 439, 440.)

Application for writ of error to the Court of Civil Appeals, First District, in an appeal from Jackson County.

Ward sued Walker and others for specific performance of a contract, and appealed from a judgment in favor of all the defendants. The judgment was affirmed as to part of the defendants, but reversed as to three of them and remanded with instructions to enter judgment for plaintiff. These appellants then sought writ of error on the ground that the judgment settled the case.

*McCrary & Vance* and *Fiset, McClendon & Shelley,* for plaintiff in error.

*L. C. McBride* and *J. O. Rowlett,* for defendants in error.

### ON MOTION FOR REHEARING.

MR. JUSTICE PHILLIPS delivered the opinion of the court.

Upon our original consideration of the petition for writ of error in

this case it was erroneously marked "dismissed for want of jurisdiction." This did not correctly represent our action on the petition, it being our purpose to refuse the writ. The motion for rehearing is accordingly granted for the purpose of the proper entry being made in the case, the petition for writ of error being refused.